Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

September 25, 2026

***Via ECF***
Honorable Ronnie Abrams, U.S.D.J.
U.S. District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re: *Revera et al v. Metropolitan Life Insurance Company*
Case No. 1:26-cv-06934-RA

Dear Judges Abrams:

This office represents the Defendant Metropolitan Life Insurance Company ("Defendant") in the above-referenced matter. Pursuant to Rule I.D. of Your Honor's Individual Practices, Defendant respectfully request a 30-day extension of time to respond to the Complaint filed by Plaintiffs Robert G. Revera, Justine K. Revera and Samantha Willig (collectively, "Plaintiffs") from September 29, 2026 through and including October 29, 2026.

Good cause exists for this extension; Counsel was just retained to represent Defendant in this action and requires additional time to review the file to prepare their response to Plaintiff's Complaint. This is Defendant's first request for an extension of time to respond to the Complaint. There is a pending Initial Conference in this matter scheduled for October 22, 2026 at 3:00pm, Defendant also requests that this conference be adjourned until after Defendant files its response to the Complaint. Plaintiff consents to all relief requested herein.

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

Application granted. The initial status conference is adjourned until November 20, 2026, at 2:30 p.m. By November 13, 2026, the parties are to jointly submit to the Court a joint letter, proposed case management plan, and scheduling order.

SO ORDERED.

Hon. Ronnie Abrams
September 28, 2026